# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| **MISTY NICOLE STUBBLEFIELD, individually and as surviving next of kin of DESTINEE CHEYANNE RHEA, Deceased; KYNLEE PAIGE RHEA, a minor, by next friend, MISTY NICOLE STUBBLEFIELD; TALAEJAH CONLEY, a minor, by next friend, TERANCE CONLEY; and TERANCE CONLEY, individually,**<br><br>      Plaintiffs,<br><br>**v.**<br><br>**FREDRICK BERNARD SIMPSON,**<br><br>      Defendant. | **Docket No. 23-CV-81**<br>**JURY DEMAND (12)** |

## NOTICE OF REMOVAL

Comes now the Defendant, FREDRICK BERNARD SIMPSON, by and through the undersigned counsel, and hereby give notice of removal of the above-captioned cause from the Circuit Court of Lincoln County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Winchester Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446(b). As grounds for removal, the Defendant states as follows:

### Background

1. On July 13, 2023, Plaintiffs filed a civil action against Defendant in the Circuit Court of Lincoln County, Tennessee, bearing Case No. 23-CV-81. (*See* Pls.' Compl.).

2. In the Complaint, Plaintiffs seeks to recover damages from Defendant for wrongful death and personal injuries sustained in an automobile accident that occurred on July 15, 2022 on Highway 321-431 (Huntsville Highway) in the Parks City area of Lincoln County, Tennessee. (*See* Pl.'s Compl., ¶¶4-8).

3. Defendant was served with copies of the Summons and Complaint by the Lincoln County Sheriff's Office via hand delivery on July 15, 2023.

4. Defendant seeks removal of this action to this Court pursuant to 28 U.S.C. § 1332, based upon grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds $75,000.00, exclusive of the interest and costs.

5. Plaintiffs commenced this action in the Circuit Court of Lincoln County, Tennessee, which is within the territorial jurisdiction of the United States District Court for the Eastern District of Tennessee, Winchester Division. *See* 28 U.S.C. 123(b)(1). Accordingly, removal to this Court is proper. *See* 28 U.S.C. § 1441(a).

### Diversity of Citizenship

#### Plaintiffs

6. Plaintiffs, Misty Stubblefield, and her minor children, Kynlee Paige Rhea, Kaylyn Ellyce Rhea, are a citizens and residents of the State of Tennessee residing in Pulaski, Giles County, Tennessee at all times relevant hereto. (Pl.'s Compl., ¶1).

7. Plaintiffs, Terance Conley, and his minor child, Talaejah Conley, are citizens and residents of Fayetteville, Lincoln County, Tennessee.

#### Defendant

8. Defendant, Fredrick B. Simpson, is a citizen and resident of Toney, Madison County, Alabama.

### Amount in Controversy

9. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Specifically, Plaintiffs demand a judgment for compensatory damages in the amount of $5,000,000.00. (*See* Pl.'s Am. Compl., *Prayer for Relief* at ¶1).

### Procedural Compliance

10. Defendant filed this Notice of Removal within the time prescribed by 28 U.S.C. § 1446(b).

11. Defendant has provided a copy of this Notice of Removal to all adverse parties and to the Clerk of the Circuit Court of Lincoln County, Tennessee, in accordance with 28 U.S.C. § 1446(d).

12. Copies of all process and pleadings served upon Defendant in the state court action are attached collectively as an Exhibit hereto in accordance with 28 U.S.C. §§ 1446(a) and 1447(b).

13. Defendant reserves the right to supplement or amend this Notice of Removal as necessary and appropriate.

WHEREFORE, based on the foregoing, Defendant gives notice that the civil action, bearing Case No. 83CC1–2022–CV–870, is hereby removed from the Circuit Court of Lincoln County, Tennessee, to this Court.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: /s/ Nathan E. Shelby
NATHAN E. SHELBY (BPR No. 026583)
ALLAN J. PARKER (BPR No. 037684)
*Attorneys for Defendant*
424 Church Street, Suite 2230
Nashville, TN 37219
(615) 613-0442
nshelby@raineykizer.com
ajparker@raineykizer.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this pleading or document was served upon counsel for each of the parties by mailing postage prepaid or by delivery to the person or office of such counsel, as follows:

David D. Hodge
Jasmine M. Matlock
MORRIS, KING & HODGE 200 Pratt Avenue
Huntsville, Alabama 35801 (256) 536-0588

Raymond W. Fraley, Jr.  Johnny D. Hill, Jr.
FRALEY & HILL
205 East Market Street
Post Office Box 572  Fayetteville, Tennessee 37334 (931) 433-7104

*Attorneys for Plaintiffs*

This the 15th day of August, 2023.

                                  /s/ Nathan E. Shelby